TROUTMAN PEPPER HAMILTON SANDERS LLP
Jennifer Mathis, SBN 187275
jennifer.mathis@troutman.com
Peter Bloom, SBN 313507
peter.bloom@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:      415.477.5700
Facsimile:       415.477.5710

*Attorneys for Defendant*
*Capitol Specialty Insurance Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOPA INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-00216-JAM-JDP<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT CAPITOL SPECIALTY INSURANCE CORPORATION TO RESPOND TO THE COMPLAINT BY NO MORE THAN 30 DAYS**<br><br>Current Deadline: March 4, 2022<br>Proposed Deadline: April 1, 2022<br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6, 14th Floor |

Plaintiff Topa Insurance Company ("Topa") and Defendant Capitol Specialty Insurance Corporation ("CapSpecialty"), through counsel and pursuant to Federal Rule of Civil Procedure, Rule 6, and the Local Rules of the United States District Court for the Eastern District of California, Rule 144(a), hereby stipulate to a twenty-eight-day extension of time for CapSpecialty to respond to Topa's Complaint [dkt. 1].  Pursuant to this stipulation, CapSpecialty's response date will be extended from March 4, 2022, to April 1, 2022.

This initial stipulation is signed by all parties who have appeared in this action and are affected by this stipulation.

Dated:  March 2, 2022

Respectfully Submitted,

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By:   */s/ Jennifer Mathis*
    Jennifer Mathis
    Peter W. Bloom

    *Attorneys for Defendant*
    *Capitol Specialty Insurance Corporation*

Dated:  March 2, 2022

CODDINGTON, HICKS & DANFORTH

By:   */s/ Min K. Kang*
    R. Wardell Loveland
    Min K. Kang

    *Attorneys for Plaintiff*

IT IS SO ORDERED

Dated:  March 2, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE