# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPA INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>                Defendant. | Case No. 2:22-cv-00216-JAM-JDP<br><br>**STIPULATED APPLICATION FOR SECOND EXTENSION OF TIME FOR DEFENDANT CAPITOL SPECIALTY INSURANCE CORPORATION TO RESPOND TO THE COMPLAINT BY 14 DAYS**<br><br>Current Deadline: April 1, 2022<br>Proposed Deadline: April 15, 2022<br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6, 14th Floor |

Plaintiff Topa Insurance Company ("Topa") and Defendant Capitol Specialty Insurance Corporation ("CapSpecialty") (collectively, "the Parties"), through counsel and pursuant to Federal Rule of Civil Procedure 6, and Local Rules of the United States District Court for the Eastern District of California, Rule 144(a), hereby stipulate to this application for a further fourteen (14)-day extension of time for CapSpecialty to respond to Topa's Complaint [dkt. 1]. This would be the second extension to this deadline, as the court previously approved the Parties' stipulation to extend CapSpecialty's deadline to respond from March 4, 2022, to April 1, 2022.

Pursuant to the Court's Order Re Filing Requirements for Cases Assigned to Judge Mendez, the Parties were able to meet and confer just recently regarding the issues that CapSpecialty intended to raise in a motion to dismiss Topa's Complaint. While meeting and conferring, it became clear to the Parties that it would be helpful to have additional time to consider the issues that CapSpecialty raised with respect to the Complaint, and for Topa to consider amending its Complaint to avoid potentially unnecessary motion practice. Without such an extension, CapSpecialty will need to file its motion to dismiss by the impending deadline of April 1, which at this juncture does not give Topa's counsel adequate time to meaningfully evaluate the issues that CapSpecialty's counsel raised in the meet and confer process. The requested additional time will allow the possibility of narrowing the issues that the Court will need to hear in this case, may avoid potentially unnecessary motion practice and will not affect any other deadlines previously set by the Court. The Parties are submitting this application as soon practicable following their recent agreement to seek such an extension, at which point the need for the extension became apparent.

**This application is made following the conference of counsel pursuant to the Court's standing order which took place on March 29, 2022 and included counsel for CapSpecialty providing a detailed written list of the grounds upon which it would be filing a motion to dismiss on each cause of action on March 28, and counsel for CapSpecialty and Topa then discussing those issues by phone on March 29.**

Based upon the foregoing show of good cause, the parties request that the Court grant Stipulated Application for Second Extension of Time for Defendant Capitol Specialty Insurance Corporation To Respond To The Complaint By 14 Days, from April 1, 2022, to April 15, 2022.

Dated: March 30, 2022

Respectfully Submitted,

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By: */s/ Jennifer Mathis*
    Jennifer Mathis
    Peter W. Bloom

*Attorneys for Defendant
Capitol Specialty Insurance Corporation*

Dated: March 30, 2022

CODDINGTON, HICKS & DANFORTH

By: */s/ Min K. Kang*
    R. Wardell Loveland
    Min K. Kang

*Attorneys for Plaintiff*

IT IS SO ORDERED

Dated: March 30, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE